JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/24/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, | Case No.: CV 20-11039-CJC (MAAx) |
| Plaintiff, | |
| v. | |
| MSM LAUNDRY, LLC and DOES 1–10, | JUDGMENT |
| Defendants. | |

//
//
//
//
//

This matter came before the Court on Plaintiff's motion for default judgment. On February 24, 2021, the Court granted Plaintiff's motion in substantial part. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff for (1) injunctive relief requiring Defendant to provide ADA-compliant parking, paths of travel, ramps, and doorways and (2) attorneys' fees and costs of $4,350.40.

DATED: February 24, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE